Bruce Nickerson (90760)
Law Offices of Bruce Nickerson
231 Manor Drive
San Carlos, CA 94070
Telephone Number: (650) 594-0195
Facsimile Number: (650) 596-0595
brucenic@pacbell.net

Lori J. Costanzo
Costanzo Law Firm, APC
111 W. St. John Street, Suite 700
San Jose CA 95113
Telephone Number: (408) 993-8493
Facsimile Number: (408) 993-8496
Email: Lori@costanzo-law.com

B.J. Fadem
Law Offices of B.J. Fadem
111 W. St. John Street, Suite 700
San Jose CA 95113
Telephone Number: (408) 280-1220
Email: bjfadem@fademlaw.com

Attorneys for Plaintiffs Fernando Ruiz, individually
and on behalf of a Class of Persons similarly situated,
Daniel Bufano, Elijah El-Amin, John J. Ferguson, and
Clay Morgan Parks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO RUIZ, DANIEL BUFANO, ELIJAH EL-AMIN, JOHN J. FERGUSON, CLAY MORGAN PARKS,<br><br>Plaintiffs,<br><br>v.<br><br>City of San Jose<br><br>Defendant. | Case Number: 5:17-cv-06488-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

1

STIPULATION/ORDER DISMISSING ACTION W/PREJUDICE

WHEREAS, the parties have signed a settlement agreement in the above-action and the City has met its obligations under agreement.

**THE PARTIES THEREFORE AGREE and STIPULATE that:**

The above-entitled action is dismissed with prejudice.

**IT IS SO STIPULATED.**

LAW OFFICE OF BRUCE W. NICKERSON

Dated: November 9, 2018            By: _____/s/ Bruce Nickerson_____
                                           BRUCE W. NICKERSON

Attorney for Plaintiffs Fernando Ruiz, Daniel Bufano, Elijah El-Amin, John J. Ferguson, and Clay Morgan Parks

RICHARD DOYLE, City Attorney

Dated: November 9, 2018            By: _____/s/ Kathryn Zoglin_____
                                           KATHRYN ZOGLIN
                                           Senior Deputy City Attorney

Attorneys for Defendant City of San Jose

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the above-entitled action is DISMISSED, with prejudice. The Clerk shall close the file.

Dated: November 12, 2018            _____
                                           Hon. Lucy H. Koh
                                           United States District Judge